AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JERRY MORGAN,
                Plaintiff

v.   **Civil Action No. 4:15-CV-69   WCL**

BALL METAL BEVERAGE
CONTAINER CORPORATION,
doing business as Ball Corporation,
                Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:   Judgment is entered in favor of Defendant Ball Metal Beverage Container Corporation and against Plaintiff Jerry Morgan.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   William C. Lee   on a Motion   for Summary Judgment.

DATE:   April 6, 2017         ROBERT N. TRGOVICH, CLERK OF COURT

      By   s/C. Reed
          *Signature of Clerk or Deputy Clerk*